IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

::::::::::::::::::::::::::::::::::::::::::::::::::::::
                                            :       CHAPTER 7
GREGORY M. ADALIAN                          :
            Debtor                          :       CASE NO. 5-11-04952
::::::::::::::::::::::::::::::::::::::::::::::::::::::

**MOTION FOR EXTENSION OF TIME FOR DEBTOR TO FILE SCHEDULES, STATEMENT OF AFFAIRS AND MEANS TEST**

**NOW COMES** Mark J. Conway, counsel for Debtor, Gregory M. Adalian, hereby requests an extension of time to file Debtor's Schedules, Statement of Affairs and Means Test and in support thereof avers as follows:

1. On July 14, 2011, the Debtor filed a Voluntary Petition and Matrix under Chapter 7 of the Bankruptcy Code on an emergency basis.

2. The Debtors request an extension of twenty (20) days to file his Schedules, Statement of Affairs and Means Test in order to properly complete the required information.

**WHEREFORE,** the Debtor respectfully requests that this Court grant an extension of time of twenty (20) days to file the Debtor's Schedules, Statement of Affairs and Means Test.

**CONWAY LAW OFFICES, P.C.**

/s/Mark J. Conway
MARK J. CONWAY, ESQUIRE
502 South Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

DATED: July 20, 2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | CHAPTER 7 |
| **GREGORY M. ADALIAN** | : | |
| Debtor | : | CASE NO. 5-11-00969 |

## CERTIFICATE OF SERVICE

I, Amy L. Marta, Paralegal hereby certify that I have caused to be served on this day, true and correct copy of the foregoing Motion for Extension of Time for Debtor to File Schedules, Statement of Affairs and Means Test upon the following via e-mail and/or by first class mail, postage pre-paid:

John J. Martin, Esq.
Chapter 7 Trustee
1022 Court Street
Honesdale, PA 18431
jmartin@martin-edwardslaw.com

United States Trustee's Office
P.O. Box 969
Harrisburg, PA 18701-0969
ustpregion03.ha.ecf@usdoj.gov

**CONWAY LAW OFFICES, P.C.**

/s/ Amy L. Marta
Amy L. Marta, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Phone (570) 343-5350
Fax (570) 343-5377

DATED: July 20, 2011